1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   DAWN MARIE GRAVES

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 10/17/06*

| | |
|---|---|
| DAWN MARIE GRAVES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN JOSEPH PUGH,<br><br>　　　　　　Defendant. | Case No. C06-02430-RMW-HRL<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DAWN MARIE GRAVES, and Defendant, JOHN JOSEPH PUGH, stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DAWN MARIE GRAVES, against Defendant, JOHN JOSEPH PUGH, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties to bear their own costs and attorneys fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

STIPULATION FOR DISMISSAL　　　　　　　　　　　　　　　　　　　　Case No. C06-02430-RMW-HRL

1  Dated: September 1, 2006                    /s/ Fred W. Schwinn
                                               Fred W. Schwinn, Esq.
2                                              Attorney for Plaintiff
                                               DAWN MARIE GRAVES
3

4  Dated: September 1, 2006                    /s/ Brian J. Hannon
                                               Brian J. Hannon, Esq.
5                                              Attorney for Defendant
                                               JOHN JOSEPH PUGH
6

7  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
8

9  Dated: 10/17/06                              /S/ RONALD M. WHYTE
                                               Honorable Ronald M. Whyte
10                                             Judge of the District Court

-2-

STIPULATION FOR DISMISSAL                              Case No. C06-02430-RMW-HRL